**FILED**

**AUG 08 2024**

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Priscilla C. Robledo PhD
EMBA- Healthcare
RN    Plaintiff,

vs.

Covid 19  Otto Lee, Cindy chavez
Participants Teams
Employee's Participating
Companies Network  Susan Ellenberg
Defendant(s).

CASE NO. _____

EMPLOYMENT DISCRIMINATION
COMPLAINT

**FC** **24 04893** **NC**

1.    Plaintiff resides at:

Address 1932 Dayton DR San Jose CA ~~95131~~

City, State & Zip Code San Jose, CA 95122

Phone 831-435-0901

2.    Defendant is located at: Santa Clara County Board of Suprisors
Public  Authority, Sanitation, Lighting, Fence authority
Address S 70 West Headly Street 1st Floor S

City, State & Zip Code San Jose, CA

3.    This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is conferred on this Court by 42 U.S.C. Section 2000e-5. Equitable and other relief is sought under 42 U.S.C. Section 2000e-5(g).

4.    The acts complained of in this suit concern:

a.  ✗ Failure to employ me.

b.  ✗ Termination of my employment.

Form-Intake 2 (Rev. 4/05)                     - 1 -

c. _X_ Failure to promote me.

d. _X_ Other acts as specified below.

Obtained Background Report Pertaining to Case #
viatka - Executive qualified Proven History intent to
Contradiction of choice of Synonyms, Antonyms, plays on words
local all business transactions, Customer Service details
false accusations Directly to attend the specified experience.
Public Speaking, Employment Exec HR - operations - all
Customer Service, Healthcare and Retail Grocers Store

5. Defendant's conduct is discriminatory with respect to the following:

a. _X_ My race or color.

b. _X_ My religion.

c. ___ My sex.

d. _X_ My national origin.

e. _X_ Other as specified below.

Zone all area's the State of California, Santa Cruz,
San Jose, Palo Alto, Felton Ca, Scotts valley monterey ca,
Contra Costa Ca,
Turlock Ca,
Morgan Hill,
Gilroy Ca

6. The basic facts surrounding my claim of discrimination are:

Safeway Corporate, IHSS,
Advantacare Home IV home Health and Hospital
Sunnyvale & monterey Ca. Highlights key points Required
to Perform my Job Detail (RN) masters degree, Charge RN
all administration, Cashier, Inventory Retail Specialty,
Ethics and Compliance, OSHA Safety and Building Exec
Management teams, Team Building, HR Labor Laws
Accounting, Payroll, Specialty, Customer Service.

7. The alleged discrimination occurred on or about _____.

(DATE)

8. I filed charges with the Federal Equal Employment Opportunity Commission (or the California Department of Fair Employment and Housing) regarding defendant's alleged

Form-Intake 2 (Rev. 4/05)                - 2 -

discriminatory conduct on or about _Buisness Lending, Recovery financial Local_ (handwritten, with notes above: "365 - 367 - 430 - 450 - 480 - 490 overlook, oversight due process of 896")

_Delay Buisness / Legal CV / CH / Buisness Farming. Civil:_ (DATE) 240 - 290 - 443 - 441 - 210, 440 - 442 - 780, 360 - 341 - 380 - 385

9.    The Equal Employment Opportunity Commission issued a Notice-of-Right-to-Sue letter

(copy attached), which was received by me on or about _01/19/2023_.

(DATE)

10.    Plaintiff hereby demands a jury for all claims for which a jury is permitted:

Yes _X_    No ____

11.    WHEREFORE, plaintiff prays that the Court grant such relief as may be appropriate, including injunctive orders, damages, costs, and attorney fees.

DATED: _08/08/24_                    _Priscilla C. Robbds Ph.D_

SIGNATURE OF PLAINTIFF

(PLEASE NOTE: NOTARIZATION                _Priscilla C. Robbds Ph.D._

IS NOT REQUIRED.)                    PLAINTIFF'S NAME

(Printed or Typed)

Form-Intake 2 (Rev. 4/13)                    - 3 -

Priscilla Robledo
Business Owner Take Charge Accounting Services Economic Wellness
Services & Pro Fit
Confidential
669-292-88739

YOUR NAME, IN PRO PER

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF SANTA CRUZ

| NAME OF PLAINTIFF, | ) Case No.: |
|---|---|
| Plaintiff, | ) DOCUMENT TITLE (e.g., COMPLAINT ) FOR DAMAGES) |
| vs. | ) Civil Suite |
| NAME OF DEFENDANT, | ) |
| Defendant | ) |

Request to file case application to rule 2.550-2.551

Application of rule readmission and reinstatement of previous

occasions rule 9.13 9.15 9.19 professional responsibility

examination of my filing inclusion to the preventative action

initiated by the first filing at the San Jose Police Department and

emergency ruling for emergency action to be had taken place at the

Sierra Monte middle school location of peridot address on file.

- 1 -
DOCUMENT TITLE (e.g., COMPLAINT FOR DAMAGES)

APP-009

| Case Name: | Court of Appeal Case Number: |
|---|---|
|  | Superior Court Case Number: |

3.  b.  ☐  **Personal delivery.** I personally delivered a copy of the document identified above as follows:

    (1)  Person served:

        (a)  Name:

        (b)  Address where delivered:

        (c)  Date delivered:

        (d)  Time delivered:

    (2)  Person served:

        (a)  Name:

        (b)  Address where delivered:

        (c)  Date delivered:

        (d)  Time delivered:

    (3)  Person served:

        (a)  Name:

        (b)  Address where delivered:

        (c)  Date delivered:

        (d)  Time delivered:

☐  Names and addresses of additional persons served and delivery dates and times are listed on the attached page *(write "APP-009, Item 3b" at the top of the page).*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

_____
(TYPE OR PRINT NAME OF PERSON COMPLETING THIS FORM)

▶ _____
(SIGNATURE OF PERSON COMPLETING THIS FORM)

**PROOF OF SERVICE**
**(Court of Appeal)**

APP-009

| PROOF OF SERVICE (Court of Appeal)<br>☐ Mail    ☐ Personal Service | |
|---|---|
| **Notice: This form may be used to provide proof that a document has been served in a proceeding in the Court of Appeal. Please read *Information Sheet for Proof of Service (Court of Appeal)* (form APP-009-INFO) before completing this form. Do not use this form for proof of electronic service. See form APP-009E.** | |
| Case Name: | |
| Court of Appeal Case Number: | |
| Superior Court Case Number: | |

1. At the time of service I was at least 18 years of age and **not a party to this legal action.**

2. My   ☐ residence   ☐ business   address is *(specify)*:


3. I mailed or personally delivered a copy of the following document as indicated below *(fill in the name of the document you mailed or delivered and complete either a or b):*


   a. ☐ **Mail.** I mailed a copy of the document identified above as follows:

     (1)   I enclosed a copy of the document identified above in an envelope or envelopes **and**

        (a) ☐ **deposited** the sealed envelope(s) with the U.S. Postal Service, with the postage fully prepaid.

        (b) ☐ **placed** the envelope(s) for collection and mailing on the date and at the place shown in items below, following our ordinary business practices. I am readily familiar with this business's practice of collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the U.S. Postal Service, in a sealed envelope(s) with postage fully prepaid.

     (2)   Date mailed:

     (3)   The envelope was or envelopes were addressed as follows:

        (a) Person served:
           (i) Name:
           (ii) Address:


        (b) Person served:
           (i) Name:
           (ii) Address:


        (c) Person served:
           (i) Name:
           (ii) Address:


      ☐ Additional persons served are listed on the attached page *(write "APP-009, Item 3a" at the top of the page).*

     (4)   I am a resident of or employed in the county where the mailing occurred. The document was mailed from (city and state):

Form Approved for Optional Use<br>Judicial Council of California<br>APP-009 [Rev. January 1, 2017]

**PROOF OF SERVICE**
**(Court of Appeal)**

www.courts.ca.gov

Approved me in 2008 – 2009 –

Enrollment for Upper Federal Approvals Navy new Company with Nursing Healthcare Red Cross 2009
Experienced credentials with Marine Systems and Healthcare Administration with VA Administration
Atwater Medical, Merced Hospital, Emanuel Medical Center, Piedmont Hills Dental , Crescent
Healthcare, Advanta care Home Health DME Infusion,  Mission De La Casa ,
Work Office Support Deans – Evergreen Valley College –Stanford University Payroll Specialist

---

UC Prerequisites - Completed 1996
Family Law – Case Studies
Criminal Law – Case Studies
Business Law
Consumer Law
Human Development
Human Biology
Counseling – Mediation
English Studies

**Evergreen Valley College** Completed Associates with Business Administration Accounting **1997 -1998**
Healthcare, Psychology UC Prerequisites upper qualifications for BA of Sciences
Human Development, Psychology Observational, Hours for Psychology of Human Development
All Studies Teaching and Education


**Public Speaking**
**Educational Training**
**Case Management – Case Auditing**
**Healthcare legal**
**Advanced Executive Business Accounting Healthcare**

**\*William D Ford Federal Direct Graduate plus Loans –**

**\*Private Alternative Loans**

**Curriculum Studies: Human Biology**
Body Mechanics
Bio Chemistry
Specialty -
Nutrition -
Aquatic Therapy - Conditioning - Circulatory System – Neurological Science
Quads, Core, Cardio, Pulmonary, Diabetic Prevention,
Group and Personal Therapy Human Biology Prevention injury
Pre and Post Pregnancy –
Women's Health
Case Management
Developer of Curriculum Coursework – fitness workout  development – Group Fitness and aquatics
therapy , individualized therapy – Body Sculpting Muscle Sculpting prevention of multiple Sclerosis ,